**Amiel DABUSH, Plaintiff–Appellant,**

v.

**The GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Defendant–Appellee.**

No. 11–3794.

United States Court of Appeals, Second Circuit.

Oct. 25, 2012.

Amiel Dabush, pro se, Weston, CT, for Plaintiff–Appellant.

Daniel J. Krisch, John B. Farley, and Jeffrey F. Gostyla, Halloran & Sage LLP, Hartford, CT, for Defendant–Appellee.

Present: AMALYA L. KEARSE, ROBERT A. KATZMANN and BARRINGTON D. PARKER, Circuit Judges.

### SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment is **AFFIRMED.**

Appellant Amiel Dabush, proceeding *pro se*, appeals the district court's grant of summary judgment on his claim brought pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 et seq. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review *de novo* a district court's grant of summary judgment with the view that "[s]ummary judgment is appropriate only if the moving party shows that there are no genuine issues of material fact and that the moving party is entitled to judgment as a matter of law." *Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir.2003).

Upon such review, we conclude that Dabush's appeal is without merit substantially for the reasons articulated by the district court in its well-reasoned order. *See Dabush v. The Guardian Life Ins. Co. of Am.*, No. 10–cv–67 (D.Conn. Aug. 15, 2011). We have considered Dabush's remaining arguments and find them to be without merit.

For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.